# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Angulo

Plaintiff (s),

V.

Rep. of Argentina

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 06cv01590

Notice is hereby given that, subject to approval by the court, __José Pedro Angulo__ substitutes
(Party (s) Name)

__Michael C. Spencer, Milberg LLP__, State Bar No. __1474162__ as counsel of record in
(Name of New Attorney)

place of __George A. Davidson, John Fellas & Russell W. Jacobs.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Milberg LLP
Address:       One Pennsylvania Plaza, New York, NY 10119
Telephone:     (212) 594-5300        Facsimile (212) 868-1229
E-Mail (Optional): mspencer@milberg.com

I consent to the above substitution.
Date: __ENERO -27 - 2015__

(Signature of Party (s))

I consent to being substituted.
Date: __4-8-15__

(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __4-6-15__

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __12/7/2015__

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/7/2015