AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern     District of     New York

| Angulo | |
|---|---|
| Plaintiff (s), | **CONSENT ORDER GRANTING** |
| V. | **SUBSTITUTION OF ATTORNEY** |
| Rep. of Argentina | CASE NUMBER: 06cv01590 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, __Pedro Timoteo Angulo__ substitutes
(Party (s) Name)

__Michael C. Spencer, Milberg LLP__, State Bar No. __1474162__ as counsel of record in
(Name of New Attorney)

place of __George A. Davidson, John Fellas & Russell W. Jacobs.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     Milberg LLP
Address:     One Pennsylvania Plaza, New York, NY 10119
Telephone:     (212) 594-5300     Facsimile (212) 868-1229
E-Mail (Optional):     mspencer@milberg.com

I consent to the above substitution.
Date: __ENERO 27-2015__

_____
(Signature of Party (s))

I consent to being substituted.
Date: __4-6-15__

_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: __4-6-15__

_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: __12/7/2015__

_____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2015